AO 450 (Rev. 11/11) Judgment in a Civil Action

FILED
RICHARD W. NAGEL
CLERK OF COURT
9/15/2022

# UNITED STATES DISTRICT COURT
for the
Southern District of Ohio

U.S. DISTRICT COURT
SOUTHERN DIST. OHIO
WEST. DIV. DAYTON

| Courtney Dimidik, behalf of herself & similiarily situat | ) | |
|---|---|---|
| *Plaintiff* | ) | |
| v. | ) | Civil Action No. 3:21-cv-306 |
| HALLRICH INC., eta/. | ) | |
| *Defendant* | ) | |

## JUDGMENT IN A CIVIL ACTION

The court has ordered that *(check one)*:

☐ the plaintiff *(name)* _____ recover from the defendant *(name)* _____ the amount of _____ dollars ($ _____ ), which includes prejudgment interest at the rate of _____ %, plus post judgment interest at the rate of _____ % per annum, along with costs.

☐ the plaintiff recover nothing, the action be dismissed on the merits, and the defendant *(name)* _____ recover costs from the plaintiff *(name)* _____ .

☑ other: Judgment in favor of Defendants against Plaintiff. The case is hereby ordered terminated upon the docket records of this Court.

This action was *(check one)*:

☐ tried by a jury with Judge _____ presiding, and the jury has rendered a verdict.

☐ tried by Judge _____ without a jury and the above decision was reached.

☑ decided by Judge Walter H. Rice on Defendants' Motion to Dismiss for Lack of Jurisdiction and Compel Mediation and Aribitration and Memorandum in Support

Date: 15 September 2022

CLERK OF COURT

*[signature]*

Signature of Clerk or Deputy Clerk